UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORINIA

IGNACIO P.,[1]

Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,

Defendant.

Case No.:  22cv1769-MSB

**ORDER GRANTING JOINT MOTION FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

Presently before the Court is the parties' April 10, 2024, "Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920" ("Joint Motion"). (ECF No. 22.)  Having considered the Joint Motion and the applicable law, the Court finds the request to be reasonable and appropriate and **GRANTS** the Joint Motion. Accordingly, **IT IS ORDERED** that attorney fees and expenses in the amount of $6,200.00 pursuant to 28 U.S.C. § 2412(d) and no costs pursuant to 28 U.S.C. § 1920 be awarded

---

[1] Under Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

subject to the terms of the Joint Motion, including, but not limited to, any offset as determined by the Government.

**IT IS SO ORDERED.**

Dated:  April 12, 2024

Honorable Michael S. Berg
United States Magistrate Judge

22cv1769-MSB